UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY           DATE: 7/15013
          United States Magistrate Judge
                                       TIME: 11:30 a.m.

DOCKET NO: CV 11-5370 (JS)


CASE: Noel v. County of Nassau
  ___   INITIAL CONFERENCE
  ___   STATUS CONFERENCE                      BY TELEPHONE___
  ___   SETTLEMENT CONFERENCE
   X    FINAL CONFERENCE  ORDER


          APPEARANCES:       FOR PLAINTIFF:       FOR DEFENDANT:
                             Amy Marion           Peter Laserna


The following rulings were made:

    The proposed joint pretrial order was approved for filing.  The case can not be settled at this time.  The matter is returned to the District Court for final disposition.



                              SO ORDERED:
                              _____/s/_____