UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK NOEL,

                      Plaintiff,                  **ORDER**
                                                                                 CV 11-5370 (JS)(ARL)

     -against-

COUNTY OF NASSAU, et al.,

                      Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      A settlement conference in the above captioned case has been scheduled for **October 10, 2013 at 11:00 a.m.**, to be held in Courtroom 810 in the United States Federal Courthouse in Central Islip. At least one week prior to the conference, the parties must first exchange and discuss settlement offer(s). If, after doing so, the parties believe that further settlement discussions with the court will be fruitful, each party shall submit a written statement of their respective settlement positions, ex parte, to the undersigned by October 1, 2013. The ex parte settlement letter should not exceed three pages. If the parties determine that further settlement discussions will be futile, the parties are to advise the court in writing forty-eight hours prior to the conference.

Dated:  Central Islip, New York                    SO ORDERED:
           September 11, 2013

                                                                          _____/s/_____
                                                                          ARLENE ROSARIO LINDSAY
                                                                          United States Magistrate Judge